[No. 47434-1-I. Division One. February 19, 2002.]

WILLIAM J. BURG, ET AL., *Appellants*, v. SHANNON & WILSON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-15965-9, Larry A. Jordan, J., entered March 30, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Grosse, J. Now published at 110 Wn. App. 798.

[No. 47439-1-I. Division One. February 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN D. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04702-5, Helen Halpert, J., entered October 2, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47616-5-I. Division One. February 19, 2002.]

RAGNAR ENTERPRISES, *Appellant*, v. DONALD TAPLEY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Skagit County, No. 99-2-00481-0, Susan K. Cook, J., entered September 29 and October 19, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Grosse, J.

[No. 47727-7-I. Division One. February 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON J. NORDNESS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50514-6, Patricia H. Clark, J., entered November 20, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.